# EXHIBIT C

# Arnold & Porter

**Douglas A. Winthrop**
+1 415.471.3174 Direct
+1 415.298.5279 Cell
Douglas.Winthrop@arnoldporter.com

November 6, 2024

**VIA E-MAIL**

Mariah Rivera
Hueston Hennigan LLP
1 Little West 12th St.
New York, NY 10014

    Re:    *UMG Recordings, Inc. et al v. Uncharted Labs, Inc. d/b/a Udio.com*, Case No. 1: 24–cv- 04777-AKH (SDNY)

Dear Ms. Rivera:

    I am responding to the subpoena you served on AH Capital Management, LLC ("a16z") on October 16, 2024 (the "Subpoena").

    As an initial matter, the definition of "YOU" and "YOUR" in the Subpoena is overbroad, unduly burdensome, and not proportionate to the needs of the case in light of a16z's status as a nonparty. I will respond to your subpoena on behalf of a16z and its officers and employees, and its affiliates who have played a role with respect to Andreessen Horowitz's investment in Uncharted Labs, Inc. ("Udio"). Further, we object to all the requests in the Subpoena to the extent they seek information that is protected by the attorney-client privilege, the work product doctrine, or any other privilege or protection, or they purport to impose duties and obligations different from, or in addition to, those imposed on a16z by the Federal Rules of Civil Procedure.

    Turning to the specific requests in the Subpoena, a16z objects to each one as (i) seeking documents that are not relevant to the claims or defenses in the action, (ii) calling for the production of confidential and proprietary information of a nonparty, and (iii) making demands on a nonparty that are not proportionate to the needs of the case and, therefore, are overbroad and unduly burdensome. In addition, Request No. 2 is objectionable for the further reason that it seeks information that is equally available from the parties in the case.

    Very truly yours,

    Douglas A. Winthrop

Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center, 10th Floor | San Francisco, CA 94111-4024 | www.arnoldporter.com