UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UMG RECORDINGS, INC., et al.,

Plaintiffs,

v.

UNCHARTED LABS, INC. D/B/A UDIO.COM,

Defendant.

Case No. 25-mc-80194-KAW

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 15

On August 6, 2025, Plaintiffs filed a motion to consider whether another party's material should be sealed. (Re: Dkt. No. 15.) Plaintiffs sought to file under seal exhibits that were identified by Uncharted Labs, Inc. as being "Confidential" and "Highly Confidential - Attorneys' Eyes Only". Per Civil Local Rule 79-5(f), "[w]ithin 7 days of the motion's filing, the Designating Party must file a statement and/or declaration as described in subsection (c)." Thus, the declaration of Udio was due by August 13, 2025.

To date, Udio has not filed its statement and/or declaration. Accordingly, the Court ORDERS Udio to show cause, by September 3, 2025, why the exhibits should not be unsealed by: (1) filing a specific statement of the applicable legal standard and the reasons for keeping a document under seal, which must comply with Civil Local Rule 79-5(c), and (2) explaining why Udio did not timely file its statement and/or declaration. Failure to comply in full will result in the Court denying the motion and ordering the exhibits unsealed. (*See* Civil Local Rule 79-5(f)(3) ("A failure to file a statement or declaration may result in the unsealing of the provisionally sealed document without further notice to the Designating Party."), (6) ("Additionally, overly broad requests to seal may result in the denial of the motion.").)

Plaintiffs shall immediately serve this order on Udio, and file a proof of service within

1  three days of the date of this order.

2  IT IS SO ORDERED.

3  Dated: August 20, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge