HUESTON HENNIGAN LLP
Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
Mariah N. Rivera (pro hac vice)
mrivera@hueston.com
Alexander R. Perry (pro hac vice)
aperry@hueston.com
Samuel Givertz (pro hac vice)
sgivertz@hueston.com
1 Little W 12th Street, 2nd Floor
New York, NY 10014
Telephone: (646) 930-4046
Facsimile: (888) 775-0898

HUESTON HENNIGAN LLP
Robert N. Klieger, State Bar No. 192962
rklieger@hueston.com
Rajan S. Trehan, State Bar No. 3022432
rtrehan@hueston.com
523 West 6th Street, Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898
rklieger@hueston.com
rtrehan@hueston.com

Attorneys for Plaintiffs
UMG RECORDINGS, INC., et al.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ARISTA MUSIC, ARISTA RECORDS, LLC, ATLANTIC RECORDING CORPORATION, RHINO ENTERTAINMENT COMPANY, WARNER MUSIC INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, WARNER RECORDS LLC, and WARNER RECORDS/SIRE VENTURES LLC,,<br><br>Plaintiff,<br><br>v.<br><br>AH CAPITAL MANAGEMENT, LLC,,<br><br>Respondent. | Case No. 4:25-mc-80194-KAW<br><br>[*RELATED TO CASE NO. 1:24-CV-04777 (AKH) PENDING IN THE SOUTHERN DISTRICT OF NEW YORK*]<br><br>**NOTICE OF COURT ORDER REGARDING ORDER TO SHOW CAUSE RE DKT. NO. 15**<br><br>Judge: Honorable Kandis A. Westmore |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on August 20, 2025, the Court in the above-entitled action issued an Order to Show Cause re Dkt. No. 15, and ordered the moving party to provide notice of the same. Dkt. No. 19. A copy of the Court's Order to Show Cause is attached hereto as **Exhibit A**.

Plaintiff was ordered to, and hereby does, give notice.

Dated: August 20, 2025
New York, New York

HUESTON HENNIGAN LLP

By: /s/ Moez M. Kaba
Moez M. Kaba

Attorney for Plaintiffs
UMG Recordings, Inc., Capitol Records, LLC, Sony Music Entertainment, Atlantic Recording Corporation, Atlantic Records Group LLC, Rhino Entertainment LLC, The All Blacks U.S.A., Inc., Warner Music International Services Limited, and Warner Records Inc.

# EXHIBIT A

Case 4:25-mc-80194-KAW   Document 20   Filed 08/20/25   Page 3 of 5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UMG RECORDINGS, INC., et al.,

    Plaintiffs,

v.

UNCHARTED LABS, INC. D/B/A UDIO.COM,

    Defendant.

Case No. 25-mc-80194-KAW

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 15

On August 6, 2025, Plaintiffs filed a motion to consider whether another party's material should be sealed. (Re: Dkt. No. 15.) Plaintiffs sought to file under seal exhibits that were identified by Uncharted Labs, Inc. as being "Confidential" and "Highly Confidential - Attorneys' Eyes Only". Per Civil Local Rule 79-5(f), "[w]ithin 7 days of the motion's filing, the Designating Party must file a statement and/or declaration as described in subsection (c)." Thus, the declaration of Udio was due by August 13, 2025.

To date, Udio has not filed its statement and/or declaration. Accordingly, the Court ORDERS Udio to show cause, by September 3, 2025, why the exhibits should not be unsealed by: (1) filing a specific statement of the applicable legal standard and the reasons for keeping a document under seal, which must comply with Civil Local Rule 79-5(c), and (2) explaining why Udio did not timely file its statement and/or declaration. Failure to comply in full will result in the Court denying the motion and ordering the exhibits unsealed. (*See* Civil Local Rule 79-5(f)(3) ("A failure to file a statement or declaration may result in the unsealing of the provisionally sealed document without further notice to the Designating Party."), (6) ("Additionally, overly broad requests to seal may result in the denial of the motion.").)

Plaintiffs shall immediately serve this order on Udio, and file a proof of service within

three days of the date of this order.

  IT IS SO ORDERED.

Dated: August 20, 2025

KANDIS A. WESTMORE
United States Magistrate Judge

2